IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MELINDA S. MAHBOOBI, | CASE NO. 5:CV 12-00565-EJD |
|---|---|
| Plaintiff(s), | **ORDER GRANTING DEFENDANT'S WITHDRAWAL OF MOTION** |
| v. | |
| WELLS FARGO BANK, N.A., et. al., | [Docket Item No(s). 20] |
| Defendant(s). | |

Having reviewed Defendant's Notice and in light of the Amended Complaint filed April 16, 2012, Defendant's request to withdraw the Motion to Dismiss (Docket Item No. 17) is GRANTED. The motion hearing previously scheduled for June 1, 2012, is VACATED. The Case Management Conference remains as scheduled for June 1, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 23, 2012

EDWARD J. DAVILA
United States District Judge