IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINDA S. MAHBOOBI,<br><br>                Plaintiff(s),<br>     v.<br><br>WELLS FARGO BANK, N.A., et. al.,<br><br>                Defendant(s). | CASE NO. 5:CV 12-00565-EJD<br><br>**ORDER GRANTING DEFENDANT'S WITHDRAWAL OF MOTION**<br><br>[Docket Item No(s). 20] |

Having reviewed Defendant's Notice and in light of the Amended Complaint filed April 16, 2012, Defendant's request to withdraw the Motion to Dismiss (Docket Item No. 17) is GRANTED. The motion hearing previously scheduled for June 1, 2012, is VACATED. The Case Management Conference remains as scheduled for June 1, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 23, 2012

  
                                                                           _____  
                                                                           EDWARD J. DAVILA  
                                                                           United States District Judge

1  
CASE NO. 5:12-cv-00565 EJD  
ORDER GRANTING DEFENDANT'S WITHDRAWAL OF MOTION